IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD DAVIS,

      Plaintiff,                  No. 2:11-cv-3241 WBS CKD P

    vs.

CORRECTIONAL OFFICER DAVIS,

      Defendant.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On June 20, 2012, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a _de novo_ review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed June 20, 2012, are adopted in full; and

4        2.  Plaintiff's claim against defendant Davis for violation of the Due Process Clause of the Fourteenth Amendment is dismissed.

DATED:  July 25, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/davi3241.804

2