1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONALD DAVIS,

11          Plaintiff,                    No.  2:11-cv-3241 WBS CKD P

12      vs.

13   CORRECTIONAL OFFICER DAVIS,

14          Defendant.               ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On June 20, 2012, the magistrate judge filed findings and recommendations

20   herein which were served on plaintiff and which contained notice to plaintiff that any objections

21   to the findings and recommendations were to be filed within twenty-one days.  Plaintiff has filed

22   objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

1

1      Accordingly, IT IS HEREBY ORDERED that:

2            1.  The findings and recommendations filed June 20, 2012, are adopted in full;

3   and

4            2.  Plaintiff's claim against defendant Davis for violation of the Due Process

5   Clause of the Fourteenth Amendment is dismissed.

6   DATED:  July 25, 2012

7   _____
    WILLIAM B. SHUBB
8   UNITED STATES DISTRICT JUDGE

9

10

11

12   /davi3241.804

13

14

15

16

17

18

19

20

21

22

23

24

25

26