IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD DAVIS,

    Plaintiff,                  No. 2:11-cv-3241 WBS CKD P

    vs.

CORRECTIONAL OFFICER DAVIS,

    Defendant.                <u>ORDER</u>

_____/

       Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

       On July 25, 2012, the court ordered the United States Marshal to serve the complaint on defendant Davis. Process directed to Davis was returned unserved because plaintiff did not provide enough information about defendant Davis, including his first name, so that he could be identified by the U.S. Marshal. Plaintiff must provide additional information to serve defendant Davis. Plaintiff shall promptly seek such information through the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed June 11, 2012;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form; and

    b. Two copies of the endorsed amended complaint filed June 11, 2012.

3. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: October 29, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
davi3241.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD DAVIS,

      Plaintiff,

  vs.

CORRECTIONAL OFFICER DAVIS,

      Defendants.

     /

No. 2:11-cv-3241 WBS CKD P

NOTICE OF SUBMISSION

OF DOCUMENTS

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      ___1___ completed USM-285 form

      ___2___ copies of the June 11, 2012 Amended Complaint

DATED:

                                                Plaintiff