IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD DAVIS,** | Case No. 2:11-cv-3241 WBS CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| **C/O DAVIS,** | |
| Defendant. | |

Good cause appearing, Defendant Davis's request to take Plaintiff's deposition via videoconference (ECF No. 39) is GRANTED.

Dated:  August 30, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:11-cv-3241 WBS CKD P)