1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  DONALD DAVIS,                              No.  2:11-cv-3241 WBS CKD P

12              Plaintiff,

13       v.                                    ORDER

14  DAVIS,

15              Defendant.

16

17          Plaintiff is a California prisoner proceeding pro se with an action for violation of civil

18  rights under 42 U.S.C. § 1983.   Defendant Davis has filed a motion asking that the court compel

19  plaintiff to provide further responses to defendant's interrogatories 3, 9, 11, 12, 13, 14, 22 and 23.

20  Plaintiff has not filed an opposition to defendant's motion.

21          Good cause appearing, IT IS HEREBY ORDERED that:

22          1.  Defendant's November 15, 2013 motion to compel (ECF No. 41) is granted.

23          2.  Plaintiff shall provide further responses to defendant's interrogatories 3, 9, 11, 12, 13,

24  14, 22 and 23 within 21 days.  Failure to provide further responses, or providing incomplete or

25  evasive responses may result in dismissal of this action.  Simply referring counsel for defendant

26  to a document or documents, as plaintiff did in his original responses, instead of actually

27  answering an interrogatory is generally an incomplete and evasive response.

28  /////

1

1     3.  Defendant's request that plaintiff be sanctioned is denied.  However, the court will

2  revisit defendant's request if plaintiff's supplemental responses are incomplete, evasive or

3  otherwise made in bad faith.

4     4.  Any further motion to compel with respect to defendant's interrogatories 3, 9, 11, 12,

5  13, 14, 22 and 23 must be filed no later than 14 days following service of plaintiff's supplemental

6  responses.

7  Dated:  January 6, 2014

8                                                                _____
                                                                CAROLYN K. DELANEY
9                                                                UNITED STATES MAGISTRATE JUDGE

10

11

12     1
       davi3241.mtc
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                2